B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sargent Ranch, LLC, a California Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**68-0457619** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8031 La Jolla Scenic Drive North<br>La Jolla, CA**<br>ZIP Code **92037** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **2755 US Highway 101<br>Gilroy, CA 95020** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                       **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sargent Ranch, LLC, a California Limited Liability Company** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>      Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                        _____
                        (Name of landlord that obtained judgment)

                        _____
                        (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Sargent Ranch, LLC, a California Limited Liability Company** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John L. Smaha**
Signature of Attorney for Debtor(s)

**John L. Smaha 95855**
Printed Name of Attorney for Debtor(s)

**Smaha Law Group**
Firm Name

**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
Address

_____
**Email: jsmaha@smaha.com**
**619-688-1557 Fax: 619-688-1558**
Telephone Number

**January  4, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Wayne F. Pierce**
Signature of Authorized Individual

**Wayne F. Pierce**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**January  4, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS OF THE MANAGING MEMBER OF
## SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A meeting of the Managing Member of Sargent Ranch, LLC was held on January 4, 2010 at 10:00 a.m. at Smaha Law Group, 7860 Mission Center Court, Ste. 100, San Diego, California. Wayne F. Pierce, Managing Member was present.  Wayne F. Pierce and Marci Pierce as Trustees of the Wayne and Marci Pierce Living Trust, as 85% owners of the company were also present.

Based upon exigent circumstances the following resolutions were entered by the Managing Member of the LLC Wayne F. Pierce with the concurrence of the 85% owners:

BE IT RESOLVED, that Wayne F. Pierce is authorized to execute a petition under Chapter 11 of the United States Bankruptcy Code placing Sargent Ranch, LLC in protection under Chapter 11 of the United States Bankruptcy Code.

BE IT FURTHER RESOLVED, that Wayne F. Pierce is authorized to take any and all actions necessary for the purposes of proposing and executing a Plan of Reorganization for Sargent Ranch, LLC including but not limited to, signing statements of financial affairs, liabilities and assets, plans of reorganization and all other matters necessary thereto.

BE IT FURTHER RESOLVED, that Wayne F. Pierce is authorized to open debtor-in-possession bank accounts under his signature, at any financial institution allowed under the guidelines of the United States Trustee for the Southern District of California.

BE IT FURTHER RESOLVED, that Sargent Ranch, LLC is authorized to employ the law firm of Smaha Law Group as its counsel to represent it as debtor-in-possession in its Chapter 11 Bankruptcy proceeding.

Executed this 4th day of January 2010, at San Diego, California.

Wayne F. Pierce
Managing Member

W:\Sargent Ranch\100.Corporate Resolution.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Sargent Ranch, LLC, a California Limited Liability Company**    Case No. _____

                                        Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Barnes & Thornberg**<br>**750 17th Street NW, #900**<br>**Washington, DC 20006** | **Barnes & Thornberg**<br>**750 17th Street NW, #900**<br>**Washington, DC 20006** | **Legal Fees** | | **200,000.00** |
| **Chester Spiering**<br>**1235 Christobal Privada**<br>**Mountain View, CA 94040** | **Chester Spiering**<br>**1235 Christobal Privada**<br>**Mountain View, CA 94040** | **Consulting Fees** | | **500,000.00** |
| **Clark & Weinstock**<br>**601 13th Street NW**<br>**Washington, DC 20005** | **Clark & Weinstock**<br>**601 13th Street NW**<br>**Washington, DC 20005** | **Legal Fees** | | **75,000.00** |
| **Live Oak Associates**<br>**6840 Via del Oro, #220**<br>**San Jose, CA 95119** | **Live Oak Associates**<br>**6840 Via del Oro, #220**<br>**San Jose, CA 95119** | **Biological Surveys** | | **30,000.00** |
| **Luhdorff & Scalmanini**<br>**5001 1st Street**<br>**Woodland, CA 95695** | **Luhdorff & Scalmanini**<br>**5001 1st Street**<br>**Woodland, CA 95695** | **Engineering Fees** | | **9,500.00** |
| **Manasian & Rougeau, LLP**<br>**400 Montgomery St., Ste. 1000**<br>**San Francisco, CA 94104** | **Manasian & Rougeau, LLP**<br>**400 Montgomery St., Ste. 1000**<br>**San Francisco, CA 94104** | **Legal Fees** | | **750,000.00** |
| **McNally Temple**<br>**1817 Capitol Avenue**<br>**Sacramento, CA 95811** | **McNally Temple**<br>**1817 Capitol Avenue**<br>**Sacramento, CA 95811** | **Consulting Fees** | | **84,000.00** |
| **Mike Baldridge**<br>**335 Sutton Circle**<br>**Danville, CA 94506** | **Mike Baldridge**<br>**335 Sutton Circle**<br>**Danville, CA 94506** | **Consulting Fees** | | **1,774,250.00** |
| **Miller Starr Regalia**<br>**1331 N. California Blvd.**<br>**Walnut Creek, CA 94596** | **Miller Starr Regalia**<br>**1331 N. California Blvd.**<br>**Walnut Creek, CA 94596** | **Legal Fees** | | **83,674.00** |
| **Morrison Foerster**<br>**101 Ygnacio Valley Rd., #250**<br>**Walnut Creek, CA 94596** | **Morrison Foerster**<br>**101 Ygnacio Valley Rd., #250**<br>**Walnut Creek, CA 94596** | **Legal Fees** | | **13,000.00** |
| **Pillsbury Winthrop**<br>**2300 N. Street NW, Rm 6182**<br>**Washington, DC 20037** | **Pillsbury Winthrop**<br>**2300 N. Street NW, Rm 6182**<br>**Washington, DC 20037** | **Legal Fees** | | **411,000.00** |
| **Ruggeri Jensen Azar**<br>**8055 Camino Arroyo**<br>**Gilroy, CA 95020** | **Ruggeri Jensen Azar**<br>**8055 Camino Arroyo**<br>**Gilroy, CA 95020** | **Engineering Fees** | | **8,170.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Sargent Ranch, LLC, a California Limited Liability Company**
                                                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Santa Clara County Tax Collector 70 W. Hedding Street San Jose, CA 95110** | **Santa Clara County Tax Collector 70 W. Hedding Street San Jose, CA 95110** | **810-38-002 ($2,224); 810-37-008 ($19,008); 810-37-007 ($19,008); 810-37-006 ($62,700); 810-37-005 ($120); 810-38-009 ($9,000); 810-38-014 ($96,000); 8** | | **333,760.00** |
| **Santa Cruz County Tax Collector Room 150 County Government Ctr Santa Cruz, CA 95060** | **Santa Cruz County Tax Collector Room 150 County Government Ctr Santa Cruz, CA 95060** | **110-201-04 ($6,022); 110-251-06 ($212); 110-271-01 ($5,800); 110-281-01 ($41,000)** | | **53,034.00** |
| **TerraSearch 6293 San Ignacio Ave., Ste. A San Jose, CA 95119** | **TerraSearch 6293 San Ignacio Ave., Ste. A San Jose, CA 95119** | **Engineering Fees** | | **8,500.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Sargent Ranch, LLC, a California Limited Liability Company**            Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 4, 2010**              Signature   **/s/ Wayne F. Pierce**

                                                            **Wayne F. Pierce**
                                                            **Managing Member**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Sargent Ranch, LLC, a California Limited Liability Company**       ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2755 US Highway 101, Gilroy, CA Property approximately 6,400 acres on 14 separate legal parcels, including various rights and credits. Santa Clara County Tax Parcel Nos.: 810-38-002; 810-37-008; 810-37-007; 810-37-006; 810-37-005; 810-38-009; 810-38-014; 810-38-015; 810-38-016; 810-38-017; 841-36-013;**<br><br>**and**<br><br>**Santa Cruz Tax Parcel Nos.: 110-201-04; 110-251-06; 110-271-01; 110-281-01** | | - | **716,100,000.00** | **71,056,421.70** |

|  |  |  |
|---|---|---|
| Sub-Total > | **716,100,000.00** | (Total of this page) |
| Total > | **716,100,000.00** | |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

I.   **Habitat Mitigation Credit Sales Company**
     Santa Clara and Santa Cruz Counties
I.a  800-1 acre Riparian Credits                              $160.8 Million
I.b  500-1 acre Red Legged Frog Credits                      $25 Million
I.c  500-1 acre California Tiger Salamander                  $12.5 Million

II.  **Sand Extraction Sales Company**
     Santa Clara County
     200,000,000 tons construction aggregates                $400 Million
     (materials extracted from 1,000 acres)

III. **Solar Energy Company**                                $5 Million
     Santa Clara County
     (120 acre site with direct access to high
     wire power grid transmission lines)

IV.  **Liquid Asphalt Extraction Company**                   $10 Million
     Santa Clara County
     (140,000 tons contained in 50 acres)

V.   **Real Estate Development Sales Company**
     **Santa Clara County:**
V.a  500 acres commercially zoned property                   $10 Million
V.b  500 acres retail and industrial zoned property          $10 Million
V.c  2,430 acres residential zoned property                  $48.6 Million
     **Santa Cruz County:**
V.d  1,000 acres Williamson act zoned property               $10 Million
     (Minimum lot size of 40 acres)

VI.  **Water Rights Sales Company**                          $5 Million
     Santa Clara County and Santa Cruz County
     Overlying, Riparian, Surface water rights
     **Totals:**                                             **$716.1 Million**

B6D (Official Form 6D) (12/07)

In re **Sargent Ranch, LLC, a California Limited Liability Company** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx417A** <br><br> **First Blackhawk Financial Corp c/o Greg Griffin 4125 Blackhawk Plz. Cir. #270 Danville, CA 94506** | X | - | | **1st Trust Deed 2755 US Highway 101, Gilroy, CA Property approximately 6,400 acres on 14 separate legal parcels, including various rights and credits as agent for various fractional beneficiaries. Claim includes protective advances of approximately $6,857** | | X | | | |
| | | | | Value $             716,100,000.00 | | | | 39,357,500.00 | 0.00 |
| Account No. **xx026A** <br><br> **First Blackhawk Financial Corp c/o Greg Griffin 4125 Blackhawk Plz. Cir. #270 Danville, CA 94506** | X | - | | **2nd Trust Deed** <br><br> **2755 US Highway 101, Gilroy, CA Property approximately 6,400 acres on 14 separate legal parcels, including various rights and credits as agent for various fractional beneficiaries.** | | X | | | |
| | | | | Value $             716,100,000.00 | | | | 19,500,000.00 | 0.00 |
| Account No. **xxx930A** <br><br> **First Blackhawk Financial Corp c/o Greg Griffin 4125 Blackhawk Plz. Cir. #270 Danville, CA 94506** | X | - | | **3rd Trust Deed** <br><br> **2755 US Highway 101, Gilroy, CA Property approximately 6,400 acres on 14 separate legal parcels, including various rights and credits as agent for various fractional beneficiaries.** | | X | X | | |
| | | | | Value $             716,100,000.00 | | | | 12,198,921.70 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 71,056,421.70 | 0.00 |
| Total (Report on Summary of Schedules) | 71,056,421.70 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Sargent Ranch, LLC, a California Limited Liability Company**                     Case No. _____
                                                                                                    ,
                                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>      1      </u>    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Sargent Ranch, LLC, a California Limited Liability Company** ,  Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | | | | | | | | | | |
| Account No. **Parcel Numbers Listed Below** | ✓ | | | | | | | | | 0.00 |
| Santa Clara County Tax Collector 70 W. Hedding Street San Jose, CA 95110 | - | **01/2008 to 01/2010 810-38-002 ($2,224); 810-37-008 ($19,008); 810-37-007 ($19,008); 810-37-006 ($62,700); 810-37-005 ($120); 810-38-009 ($9,000); 810-38-014 ($96,000); 810-38-015 ($6,700); 810-38-016 ($72,000); 810-38-017 ($24,000); 841-36-013 ($23,000)** | | | | | | | 333,760.00 | 333,760.00 |
| Account No. **Parcel Numbers Listed Below** | ✓ | | | | | | | | | 53,034.00 |
| Santa Cruz County Tax Collector Room 150 County Government Ctr Santa Cruz, CA 95060 | - | **01/01/2008 to 01/01/2010 110-201-04 ($6,022); 110-251-06 ($212); 110-271-01 ($5,800); 110-281-01 ($41,000)** | | | | | | | 53,034.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 53,034.00 |
| (Total of this page) | 386,794.00 | 333,760.00 |
| Total | | 53,034.00 |
| (Report on Summary of Schedules) | 386,794.00 | 333,760.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re **Sargent Ranch, LLC, a California Limited Liability Company** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Barnes & Thornberg** <br> **750 17th Street NW, #900** <br> **Washington, DC 20006** | | - | | | **2005** <br> **Legal Fees** | | | | 200,000.00 |
| Account No. <br><br> **Chester Spiering** <br> **1235 Christobal Privada** <br> **Mountain View, CA 94040** | | - | | | **2005 to 01/04/2010** <br> **Consulting Fees** | | | | 500,000.00 |
| Account No. <br><br> **Clark & Weinstock** <br> **601 13th Street NW** <br> **Washington, DC 20005** | | - | | | **2005** <br> **Legal Fees** | | | | 75,000.00 |
| Account No. <br><br> **Gregory F. Griffin** <br> **203 Hawk Court** <br> **Alamo, CA 94507** | | - | | | **Unknown claims related to 15% Interest in Debtor.** | | X | | 0.00 |
| __3__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 775,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              S/N:39665-091203    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sargent Ranch, LLC, a California Limited Liability Company** ,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Live Oak Associates**<br>**6840 Via del Oro, #220**<br>**San Jose, CA 95119** | - | | | **2007-2009**<br>**Biological Surveys** | | | | **30,000.00** |
| Account No.<br><br>**Luhdorff & Scalmanini**<br>**5001 1st Street**<br>**Woodland, CA 95695** | - | | | **2005**<br>**Engineering Fees** | | | | **9,500.00** |
| Account No.<br><br>**Manasian & Rougeau, LLP**<br>**400 Montgomery St., Ste. 1000**<br>**San Francisco, CA 94104** | - | | | **2007-2009**<br>**Legal Fees** | | | | **750,000.00** |
| Account No.<br><br>**McNally Temple**<br>**1817 Capitol Avenue**<br>**Sacramento, CA 95811** | - | | | **2004**<br>**Consulting Fees** | | | | **84,000.00** |
| Account No.<br><br>**Mike Baldridge**<br>**335 Sutton Circle**<br>**Danville, CA 94506** | - | | | **2003 to 01/04/2010**<br>**Consulting Fees** | | | | **1,774,250.00** |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **2,647,750.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sargent Ranch, LLC, a California Limited Liability Company**                    Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008-2009 Legal Fees | | | | |
| Miller Starr Regalia 1331 N. California Blvd. Walnut Creek, CA 94596 | - | | | | | | | 83,674.00 |
| Account No. | | | | 2007 Legal Fees | | | | |
| Morrison Foerster 101 Ygnacio Valley Rd., #250 Walnut Creek, CA 94596 | - | | | | | | | 13,000.00 |
| Account No. | | | | 2004 Legal Fees | | | | |
| Pillsbury Winthrop 2300 N. Street NW, Rm 6182 Washington, DC 20037 | - | | | | | | | 411,000.00 |
| Account No. | | | | 12/07/2006 to 01/04/2010 Engineering Fees | | | | |
| Ruggeri Jensen Azar 8055 Camino Arroyo Gilroy, CA 95020 | - | | | | | | | 8,170.00 |
| Account No. | | | | 2008 to 2009 Engineering Fees | | | | |
| TerraSearch 6293 San Ignacio Ave., Ste. A San Jose, CA 95119 | - | | | | | | | 8,500.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **524,344.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Sargent Ranch, LLC, a California Limited Liability Company** ,                    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Unknown claims related to 15% Interest in Debtor of Gregory Griffin as Trustee of the Bankruptcy Estate of Gregory Griffin | | | | |
| Tevis Thompson P.O. Box 1110 Martinez, CA 94553 | - | | | | | | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 05/2000 to 01/04/2010 Accrued Management Fees | | | | |
| Wayne F. Pierce 8031 La Jolla Scenic Dr. North La Jolla, CA 92037 | - | | | | | | | | |
| | | | | | | | | | 7,125,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 7,125,000.00 |
| Total (Report on Summary of Schedules) | 11,072,094.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **Sargent Ranch, LLC, a California Limited Liability Company**      ,     Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wayne F. Pierce**<br>**8031 La Jolla Scenic Dr. North**<br>**La Jolla, CA 92037** | **First Blackhawk Financial Corp**<br>**c/o Greg Griffin**<br>**4125 Blackhawk Plz. Cir. #270**<br>**Danville, CA 94506** |
| **Wayne F. Pierce**<br>**8031 La Jolla Scenic Dr. North**<br>**La Jolla, CA 92037** | **First Blackhawk Financial Corp**<br>**c/o Greg Griffin**<br>**4125 Blackhawk Plz. Cir. #270**<br>**Danville, CA 94506** |
| **Wayne F. Pierce**<br>**8031 La Jolla Scenic Dr. North**<br>**La Jolla, CA 92037** | **First Blackhawk Financial Corp**<br>**c/o Greg Griffin**<br>**4125 Blackhawk Plz. Cir. #270**<br>**Danville, CA 94506** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of California

In re   **Sargent Ranch, LLC, a California Limited Liability Company**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 4, 2010**

Signature   **/s/ Wayne F. Pierce**

                **Wayne F. Pierce**
                **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of California

In re    **Sargent Ranch, LLC, a California Limited Liability Company**            Case No. _____
                                                                Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregory F. Griffin**<br>**203 Hawk Court**<br>**Alamo, CA 94507** | **Member** | **15%** | **Member** |
| **The Wayne & Marci Pierce**<br>**Living Trust**<br>**8031 La Jolla Scenic Dr. North**<br>**La Jolla, CA 92037** | **Member** | **85%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **January 4, 2010** _____         Signature **/s/ Wayne F. Pierce** _____
                                                      **Wayne F. Pierce**
                                                      **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>**0**</u>   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

```
CSD 1008 [08/21/00]
```
Name, Address, Telephone No. & I.D. No.
**John L. Smaha 95855**
**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
**619-688-1557**
**95855**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Sargent Ranch, LLC, a California Limited Liability Company**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                     TOTAL NO. OF CREDITORS:__**23**__

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS:_____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    **January  4, 2010**                    **/s/ Wayne F. Pierce**
                                                   **Wayne F. Pierce/Managing Member**
                                                   Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Barnes & Thornberg
750 17th Street NW, #900
Washington, DC 20006


C. Randall Bupp
Bardellini, Straw, et al.
2000 Crow Canyon Pl., #330
San Ramon, CA 94583


Chester Spiering
1235 Christobal Privada
Mountain View, CA 94040


Clark & Weinstock
601 13th Street NW
Washington, DC 20005


David W. Ginn
1981 N. Broadway, Ste. 275
Walnut Creek, CA 94596-3886


First Blackhawk Financial Corp
c/o Greg Griffin
4125 Blackhawk Plz. Cir. #270
Danville, CA 94506


Gregory F. Griffin
203 Hawk Court
Alamo, CA 94507


Live Oak Associates
6840 Via del Oro, #220
San Jose, CA 95119


Luhdorff & Scalmanini
5001 1st Street
Woodland, CA 95695

Manasian & Rougeau, LLP
400 Montgomery St., Ste. 1000
San Francisco, CA 94104


Margaret H. McGee
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612-5217


McNally Temple
1817 Capitol Avenue
Sacramento, CA 95811


Mike Baldridge
335 Sutton Circle
Danville, CA 94506


Miller Starr Regalia
1331 N. California Blvd.
Walnut Creek, CA 94596


Morrison Foerster
101 Ygnacio Valley Rd., #250
Walnut Creek, CA 94596


Pillsbury Winthrop
2300 N. Street NW, Rm 6182
Washington, DC 20037


Ruggeri Jensen Azar
8055 Camino Arroyo
Gilroy, CA 95020


Santa Clara County
Tax Collector
70 W. Hedding Street
San Jose, CA 95110

Santa Cruz County
Tax Collector
Room 150 County Government Ctr
Santa Cruz, CA 95060


TerraSearch
6293 San Ignacio Ave., Ste. A
San Jose, CA 95119


Tevis Thompson
P.O. Box 1110
Martinez, CA 94553


W.T. Capital Lender Services
7522 N. Colonial Ave. Ste. 101
Fresno, CA 93711


Wayne F. Pierce
8031 La Jolla Scenic Dr. North
La Jolla, CA 92037

CSD 1801 [12/01/09]
Name, Address, Telephone No. & I.D. No.

**John L. Smaha 95855**
**7860 Mission Center Ct. #100**
**San Diego, CA 92108**
**619-688-1557**
**95855**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Sargent Ranch, LLC, a California Limited Liability Company**

BANKRUPTCY NO.

Debtor.

### DECLARATION RE: ELECTRONIC FILING OF
### PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We] **Wayne F. Pierce** and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **January  4, 2010**

Signed: **/s/ Wayne F. Pierce**
**Wayne F. Pierce**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: **January  4, 2010**

**/s/ John L. Smaha**
**John L. Smaha 95855**
Attorney for Debtor(s)

CSD 1801