```
 1  DAVID A. ORTIZ, ATTORNEY #167587
    OFFICE OF THE UNITED STATES TRUSTEE
 2  402 WEST BROADWAY, SUITE 600
    SAN DIEGO, CALIFORNIA   92101-8511
 3  (619) 557-5013

 4  Attorney for
    TIFFANY L. CARROLL
 5  ACTING UNITED STATES TRUSTEE
```

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In Re: | ) | Case No. 10-00046-PB11 |
|---|---|---|
| SARGENT RANCH, LLC., | ) ) ) ) ) ) ) | STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | ) ) ) | Dept: Four<br>Room: 328 |

COMES NOW, the States Trustee, by and through counsel, and reports the following:

1. The order for relief in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was entered on January 4, 2010.

2. Despite efforts by the United States Trustee to contact unsecured creditors, as of this date, sufficient indications of willingness to serve on a committee of unsecured creditors have not been received from persons eligible to serve on such a committee See 11 U.S.C. § 1102(b)(1). Accordingly, the

/ / / /
/ / / /
/ / / /
/ / / /

1 | United States Trustee is unable to appoint a committee pursuant
2 | to 11 U.S.C. § 1102(a).

                                       Respectfully submitted,

                                       TIFFANY L. CARROLL
                                       Acting United States Trustee

Dated: ~~February~~ March 16, 2010    By: /s/ David A. Ortiz
                                       David A. Ortiz
                                       Attorney for the
                                       United States Trustee