# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |
| **Case Number:** | 10-00046-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, MARCH 22, 2010 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

ENERGY RESEARCH & GENERATION, INC. (ERG) & ERG, INC. RETIREMENT TRUST'S MOTION FOR ORDER DETERMINING THAT DEBTOR IS A "SINGLE ASSET REAL ESTATE" ENTITY

### Appearances:

JOHN L. SMAHA, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
GUSTAVO E. BRAVO, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
MARTIN TAYLOR, ATTORNEY FOR ERG & ERG, INC. RETIREMENT TRUST
BARRY DUBIN, ATTORNEY FOR KRALIK, PAGNINI, WILLIAMS & MARCKWARDT (Telephonic appearance)
WAYNE PIERCE present

### Disposition:

Matter taken under submission.

cc: Barbara