# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |
| **Case Number:** | 10-00046-PB11　　**Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 25, 2010 10:00 AM　DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

ENERGY RESEARCH & GENERATION, INC. (ERG) AND ERG, INC., RETIREMENT TRUST'S MOTION FOR RELIEF FROM STAY (RS #MCS-1)

### Appearances:

JOHN L. SMAHA, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
KEN CHAMBERS, ATTORNEY FOR ENERGY RESEARCH & GENERATION, INC, ET AL
KAY CATHERWOOD, ATTORNEY FOR TENA COLLINS & NAILDER INVESTMENTS, LTD.
VICTOR VILAPLANA, ATTORNEY FOR ENDERELY LTD. & NEWCOMBE MANAGEMENT
WAYNE PIERCE, MEMBER
JOHN BRYAN OF THE WATLEY GROUP

### Disposition:

Matter taken under submission.  cc:  Barbara