# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |
| **Case Number:** | 10-00046-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 27, 2010 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

RESTORED STATUS CONFERENCE ON CHAPTER 11 PETITION

### *Appearances:*

JOHN L. SMAHA, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
DAN E. CHAMBERS, ATTORNEY FOR ENERGY RESEARCH & GENERATION, INC., ET AL
KAY CATHERWOOD, ATTORNEY FOR TENA COLLINS & NAILDER INVESTMENTS, LTD.
MATT RIOPELLE, ATTORNEY FOR ENDERELY LTD., NEWCOMBE MANAGEMENT, & MICHAEL & ANITA THOMPSON
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
WAYNE PIERCE, MEMBER
JOHN BRYAN, WATLEY GROUP

### *Disposition:*

Motions re financing & appointment of trustee currently noticed for 11/22/10 continued to 12/17/10 at 9:00 a.m. Notice of Continuance to be served by Smaha.

    Opposition to be filed and served by 12/3/10
    Reply to be filed and served by 12/10/10
    Depositions to be served on a 10 day notice; 7 days to produced documents.

Disclosure Statement to be noticed for the above date and time.

In 10-90467, parties oral request for an open-ended period within which to file responses approved.  Order to come from Smaha.