# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SARGENT RANCH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |
| **Case Number:** | 10-00046-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 17, 2010 09:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matters:*

1) DEBTOR'S MOTION FOR APPROVAL OF DISCLOSURE STATEMENT IN CHAPTER 11 CASE

2) DEBTOR'S MOTION TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. 364 (fr. 11/22/10)

3) ENERGY RESEARCH & GENERATIONS, INC. (ERG) AND ERG, INC., RETIREMENT TRUST'S MOTION TO APPOINT CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, FOR AN ORDER CONVERTING CASE TO CHAPTER 7 (fr. 11/22/10)

### *Appearances:*

DAVID A. ORTIZ, ATTORNEY FOR U.S. TRUSTEE
JOHN L. SMAHA, ATTORNEY FOR SARGENT RANCH, LLC, A CALIFORNIA LIMITED
DAN E. CHAMBERS, ATTORNEY FOR ENERGY RESEARCH & GENERATION, INC.
MARTIN W. TAYLOR, ATTORNEY FOR ENERGY RESEARCH & GENERATION, INC.
MEGHAN CANTY SHERRILL, ATTORNEY FOR ENERGY RESEARCH & GENERATIONS, ET AL
MATTHEW J. RIOPELLE, ATTORNEY FOR MICHAEL & ANITA THOMPSON
MIKEL BISTROW, ATTORNEY FOR TENA COLLINS & NAILDER INVESTMENTS, LTD.
VICTOR A. VILAPLANA, ATTORNEY FOR ENDERELY LTD & NEWCOMBE MANAGEMENT
JEFFREY GOODRICH, ATTORNEY FOR 1ST PRIORITY SARGENT LENDERS
CECILY A. DUMAS, ATTORNEY FOR SYLVESTER FAMILY
ROB PHILLIPS, ATTORNEY FOR SYLVESTER FAMILY
RACHEL RAGNI LARRENAGA, ATTORNEY FOR LINKUP HOLDINGS, LTD., RAWSON INVESTMENTS, LTD.  (Telephonic appearance)
DAVID GINN, ATTORNEY FOR NORMAN I. ADAMS IV  (Telephonic appearance)
JOHN BRYAN OF THE WATLEY GROUP
WAYNE PIERCE, MEMBER

### *Disposition:*

1 & 2)    Withdrawn without prejudice.

3)    Debtor stipulated to the appointment of a Chapt. 11 Trustee.  Order to come from Ortiz.

Status Conference set for 1/13/11 at 9:30 a.m.
RS #DWG-1 currently on calendar for 12/20/10 continued 1/13/11 at 9:30 a.m.
Hearing on ERG's Motion to Disqualify the Watley Group currently on calendar for 1/13/11 continued to 2/16/11 at 9:30 a.m.