**CSD 1181** [10/17/05]
Name, Address, Telephone No. & I.D. No.
Dan E. Chambers (156853); Meghan Sherrill (259487)
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Tel: (949) 622-2700
Fax: (949) 622-2739

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Sargent Ranch, LLC

BANKRUPTCY NO.
10-00046-PB11

Tax I.D.(EIN)#:_____   /S.S.#:XXX-XX-_____   Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on May 9, 2011_____, at 3:00 p .m., in Department 4. Room 328, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Energy Research & Generation, Inc. ("ERG Inc.") and ERG, Inc., Retirement Trust for [check the appropriate box]:

[ ]   Dismissal of a chapter 7, 11 or 12 case;

[ ]   Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[ ]   Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]   Appointment of a trustee in a chapter 11 case; or

[ X ]  Other [specify the nature of the matter]:
       Disqualification of the Watley Group, LLC


       If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

       The deadline to oppose or otherwise submit briefing regarding the motion will be set by separate stipulation of the parties. Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991.

DATED: March 30, 2011

/s/ Meghan C. Sherrill
[Attorney for] Moving Party
Meghan C. Sherrill

**CSD 1181**
1105901v1

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 30th day of March, 2011_____, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]
**See Below**

on the following persons [set forth name and address of each person served] and/or as checked below:

[ x ]    Attorney for Debtor (if required):

**BY ELECTRONIC MAIL:** I hereby certify that on the date specified above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Mikel R. Bistrow    mrbistrow@duanemorris.com
- Gustavo E. Bravo    gbravo@smaha.com
- Peter C. Califano    PCalifano@cwclaw.com
- Cecily Dumas    cdumas@friedumspring.com
- David Ginn    david@ginnlaw.com
- Rachel Ragni Larrenaga    rragni@murraylaw.com
- Paul J Leeds    leedsp@higgslaw.com, reisingc@higgslaw.com
- Paul Manasian    manasian@mrlawsf.com
- Krikor Meshefejian    kjm@lnbyb.com
- Stephen T. O'Neill    soneill@murraylaw.com
- David A. Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov
- William M. Rathbone    wrathbone@gordonrees.com, jmydlandevans@gordonrees.com
- Matthew J. Riopelle    mriopelle@foley.com
- Meghan Canty Sherrill    meghan.sherrill@troutmansanders.com
- Daniel Silva    dsilva@gordonrees.com
- John L. Smaha    jsmaha@smaha.com, gbravo@smaha.com;mjohnson@smaha.com;jteague@smaha.com
- John Paul Teague    jteague@smaha.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com

**BY U.S. MAIL**

Jessica C. Espinoza
Assistant County Counsel
County of Santa Cruz
701 Ocean Street, Roo 505
Santa Cruz, CA 95060

Jeffrey J. Goodrich
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA 94904

Christopher Grivakes
AFFELD GRIVAKES ZUKER, LLP
12400 Wilshire Blvd., Ste. 1180
Los Angeles, CA 90025

Lisa Holder
Kelein, Denatale, Goldner, Cooper, Rosenlieb & Kimball
4550 California Ave., 2nd Floor
Bakersfield, CA 93309

Douglas P. Wilson
c/o Sullivan Hill Lewin Rez & Engel
550 West C Street, Suite 1500
San Diego, CA 92101

[ X ]   For Chpt. 7, 11, & 12 cases:          [ ]  For ODD numbered Chapter 13 cases:          [ ]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101 - 4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  March 30, 2011_____
                (Date)

Cindy A. Mulder   /s/ Cindy A. Mulder
(Typed Name and Signature)
Troutman Sanders LLP
5 Park Plaza, Suite 1400
(Address)
Irvine, CA 92614
(City, State, ZIP Code)