Jeffrey J. Goodrich (SBN 107577)
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA 94904
(415) 925-8630 VOICE
(415) 925-9242 FAX

Attorneys for First Priority
Sargent Ranch Lenders

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | CHAPTER 11 |
|---|---|
| SARGENT RANCH, LLC, | Case No. 10-00046-PB |
| Debtor | OPPOSITION TO <u>EX PARTE</u> MOTION FOR RECONSIDERATION OF LIMITED ISSUE OF RIGHT TO BREAK-UP FEE |
| | JUDGE: Hon. Peter W. Bowie |

    First Priority Sargent Ranch Lenders hereby opposes the <u>Ex Parte</u> Motion for Reconsideration of Limited Issue of Right to Break-Up Fee filed herein on May 18, 2011 by Enderley Limited, Newcombe Management Limited and Thorpely Limited ("Motion") on the following grounds:

1.  Pursuant to Local Rule 9013-6, because the Motion does not request relief that the Court may grant on an <u>ex parte</u> basis, the Motion must be set for noticed hearing.

2.  The Motion does not allege, much less support, cause for excusing compliance with Local Rule 9013-6.

3.  Due process of law requires that the Motion be heard on notice sufficient to provide affected parties, including the First Priority Sargent Ranch Lenders, an adequate opportunity to be heard.

4.  The Motion cannot be considered an "Emergency Motion" under Local Rule 9014-5 because movant failed to comply with the following requirements for such motions:

   a) Movant failed to telephone counsel for the First Priority Sargent Ranch Lenders (the party against whom the Motion is directed) to notify him of Movant's intention to seek emergency relief [Local Rule 9014-5(a)];

   b) Movant failed to file a declaration indicating what notice of the Motion, if any, was given to interested parties [Local Rule 9014-5(b)];

   c) Movant failed to include the term "Emergency" in the caption of the Motion, thereby failing to give any party in interest notice that the Motion was being submitted as an Emergency Motion [Local Rule 9014-5(c)];

5.  The Motion and the factual statements made therein are contested, as set forth with more particularity in the Declaration of Jeffrey Goodrich In Opposition to Ex Parte Motion for Reconsideration of Limited Issue of Break-Up Fee, filed herewith.

DATED:  May 20, 2011                        GOODRICH & ASSOCIATES

                                              /s/Jeffrey J. Goodrich
                                          Jeffrey J. Goodrich
                                          Attorneys for First Priority Sargent Ranch Lenders