# WRITTEN DECISION - NOT FOR PUBLICATION

ENTERED 7-22-11
FILED
JUL 2 2 2011
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                                ) Case No. 10-00046-PB11
                                     )
SARGENT RANCH, LLC,                  ) ORDER ON OSC
A CALIFORNIA LIMITED COMPANY,        ) RE:  CONVERSION
                                     )
        Debtor.                      )
_____)

This case has a tortured history of groups of investors, fractured by distrust, claims of priority, and the like. A snapshot of the proceedings is set out in the Court's Order on Trustee's Borrowing Motion. In that Order, the Court set for hearing its own Order to Show Cause re: Conversion to Chapter 7.

The Chapter 11 trustee responded to the OSC, setting out that it had received an offer of $10,000,000 for the property, plus a 30% stake in the purchaser which, if development of the project was successful, might produce distributions up to $77,000,000. Further, the proposed sale would include an overbid auction, with the initial overbid of $900,000, and with a breakup fee of $500,000 plus actual expenses up to $300,000.

1  The trustee's proposal drew opposition, both in writing and at
2  the hearing.
3       The investors/creditors of this case hold fractional
4  security interests in first, second, and third priority trust
5  deeds on the subject property.  It has been argued without
6  controversion that the first tier interest holders hold claims
7  in excess of $100,000,000.  Thus, even under the most optimistic
8  view of the proposal communicated through the trustee, even the
9  first tier interest holders would not be paid in full, and the
10 second and third tier holders would be completely out of the
11 money.  They seem to know that, which supports an inference why
12 they have not stepped up to even fund a study of what the
13 property might be worth to see if there is anything in it for
14 them.
15      The trustee and his professionals have done a most
16 impressive job with little time and no resources.  However, the
17 Court has already determined this is a single asset real estate
18 case, and it has been pending over one and one-half years.  The
19 case has been through Mr. Pierce as manager, then the Watley
20 Group, and then a Chapter 11 trustee.  There does not appear to
21 be a solution in the bankruptcy arena for this property and these
22 parties.
23 ///
24 ///
25 ///
26 ///

1     For all the foregoing reasons, including those set out by the Court in its earlier rulings, and despite the valiant efforts of the trustee and his professionals, the Court finds and concludes that this case should be, and hereby is converted to one under Chapter 7.

    IT IS SO ORDERED.

DATED: JUL 2 2 2011

*[signature]*

PETER W. BOWIE, Chief Judge
United States Bankruptcy Court

-3-

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re Case No. 10-00046-PB11

**CERTIFICATE OF MAILING**

The undersigned, a regularly appointed and qualified clerk in the Office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

> ORDER ON OSC
> RE: CONVERSION

was enclosed in a sealed envelope bearing the lawful frank of the Bankruptcy Judges and mailed to each of the parties at their respective address listed below:

See attached list.

Said envelope(s) containing such document were deposited by me in a regular United States mail box in the City of San Diego, in said district on July 22, 2011.

Barbara J. Kelly, Judicial Assistant

Certificate of Mailing                                      July 22, 2011
Case No. 10-00046-PB11                                      Page 2


Paul J. Leeds, Esq.
Higgs, Fletcher, Mack LLP
401 West A Street, Suite 2600
San Diego, CA  92101-7910

Gustavo E. Bravo, Esq.
Smaha Law Group, APLC
7860 Mission Center Court, Suite 100
San Diego, CA  92108

Dan E. Chambers, Esq.
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614

William M. Rathbone, Esq.
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA  92101

Jeffrey J. Goodrich, Esq.
Goodrich & Associates
336 Bon Air Center, #335
Greenbrae, CA  94904

Mikel Bistrow, Esq.
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA  92101

Victor A. Vilaplana, Esq.
Foley & Lardner
402 West Broadway, Suite 2100
San Diego, CA  92101

Robert E. Barnes, Esq.
The Bernhoft Law Firm
207 East Buffalo Street, Suite 600
Milwaukee, WI  53202

David A. Ortiz
Attorney for U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA  92101