**CSD 2018** [03/26/99]
Name, Address, Telephone No. & I.D. No.
RICHARD M KIPPERMAN
P.O. Box 3010
La Mesa, CA 91944
(619) 668-4500

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re  **SARGENT RANCH, LLC,**
a California Limited Liability Company,

BANKRUPTCY NO. 10-00046-PB7

Debtor.

### REPORT OF ABANDONMENT OF REAL PROPERTY

Pursuant to Local Bankruptcy Rule 6007, the undersigned Trustee hereby reports and represents that:

1. On August 27, 2011, due notice of the Trustee's intent to abandon the property described herein was mailed to the debtor, the debtor's attorney and such other parties as required by Local Bankruptcy Rule 6007.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. The Trustee hereby abandons and forever disclaims any further interest in and to the following described real property of the debtor herein, to wit: (Provide full legal description and street address - use continuation sheet if necessary.)

2755 US Highway 101, Gilroy, CA: Approx 6,400 acres on separate legal parcels:

Santa Clara County Tax Parcel Nos: 810-38-002; 810-37-008; 810-37-007; 810-37-006; 810-37-005; 810-38-009; 810-38-014; 810-38-015; 810-38-016; 810-38-017; 841-36-013; 841-36-010

Santa Cruz Tax Parcel Nos: 110-201-04; 110-251-06; 110-271-01; 110-281-01.

4. The right of possession of the abandoned property is hereby relinquished to the debtor, to be assumed at no cost to the undersigned. Said abandonment is subject to and without prejudice to any rights of any entity holding a valid lien against the property or of any right of redemption that may be exercised by the debtor under 11 U.S.C. § 722.

I hereby declare under penalty of perjury that the foregoing statements are true to the best of my knowledge and belief.

DATED: September 28, 2011

*/s/ Richard M Kipperman*
Signature of Trustee

**CSD 2018**

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 28th day of September, 2011, I served a true copy of the within REPORT OF ABANDONMENT OF REAL PROPERTY by [describe here mode of service]
via CM/ECF to U.S. Trustee / via First Class U.S. Mail to debtor's attorney

on the following persons [set forth name and address of each person served]:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

Gustavo E. Bravo
Smaha Law Group, APLC
7860 Mission Center Court, Ste 100
San Diego, CA 92108

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2011
(Date)

/s/ Renée Nowicki
Typed Name and Signature)
P.O. Box 3010
(Address)
La Mesa, CA  91944
(City, State, ZIP Code)

CSD 2018